**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
W. Christopher Maloney, SBN 311102
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Christopher D. Sorich
DEPUTY COUNTY COUNSEL
2900 West Burrel, County Civic Center
Visalia, CA 93291
559-636-4972 (phone)
559-737-4319 (fax)

Attorneys for Defendants
COUNTY OF TULARE, KARL BOSTAI, RANDY GUNDERMAN, BRANDON HARPER and ROMMEL VERENZUELA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXIS RESENDEZ; | **Case No.: 1:19-cv-01123-SKO** |
| Plaintiff, | **STIPULATION AND ORDER REGARDING SETTLEMENT CONFERENCE AND MODIFYING CASE SCHEDULE** |
| vs. | |
| COUNTY OF TULARE; ROMMEL VERENZUELA; RANDY GUNDERMAN; KARL BOSTAI; BRANDON HARPER; DOES 1-10, Inclusive; | (Doc. 22) |
| | Complaint filed:   8/14/19 |
| Defendants. | First Amended Complaint filed:   8/28/19 |

1
STIPULATION AND ORDER REGARDING SETTLEMENT CONFERENCE AND MODIFYING CASE SCHEDULE

This Stipulation is entered into by and between Plaintiff ALEXIS RESENDEZ and Defendants COUNTY OF TULARE, ROMMEL VERENZUELA, RANDY GUNDERMAN, KARL BOSTAI, and BRANDON HARPER, through their attorneys of record.

The Court previously scheduled a Settlement Conference with Magistrate Judge Grosjean for May 27, 2021. The parties are prepared to discuss resolution at this time and stipulate to reschedule the Settlement Conference with Magistrate Judge Erica Grosjean for December 15, 2020. The parties have conferred with Magistrate Judge Grosjean's clerk and confirmed that date is available.

The Court previously scheduled the last day to disclose experts for December 18, 2020; supplemental/rebuttal experts for January 8, 2021; and to complete expert discovery by February 26, 2021. Given that the parties are planning to participate in an early Settlement Conference, the current expert disclosure date would potentially result in a waste of the parties' resources if the case were to resolve at the Settlement Conference. Thus, the parties stipulate to re-set the deadline to disclose experts to January 8, 2021; supplemental/rebuttal experts to January 29, 2021; and to complete expert discovery by March 5, 2021.

The parties stipulate there is good cause for these scheduling modifications. Further, these scheduling changes will not impact the deadlines to file or hear a dispositive motion or the trial date.

**IT IS SO STIPULATED.**

Dated:   November 23, 2020         PORTER SCOTT
                                    A PROFESSIONAL CORPORATION


                                    By:   /s/William E. Camy
                                          William E. Camy
                                          W. Christopher Maloney
                                          Attorneys for Defendants

Dated: November 23, 2020           MILLER & AYALA


                                    By:   /s/Nathan Miller (Authorized 11/23/2020)
                                          Nathan S. Miller
                                          Attorney for Plaintiff

**ORDER**

Based upon the above Stipulation of the parties (Doc. 22) and for good cause shown, the case schedule is MODIFIED as follows:

1. The Settlement Conference with Magistrate Judge Grosjean scheduled for May 27, 2021, is hereby ADVANCED to December 15, 2020, at 1:00 p.m.;
2. The deadline to disclose expert witnesses is CONTINUED to January 8, 2021;
3. The deadline to disclose supplemental/rebuttal expert witnesses is CONTINUED January 29, 2021; and
4. The deadline to complete expert discovery is CONTINUED March 5, 2021.

IT IS SO ORDERED.

Dated:  **November 25, 2020**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE