# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS RESENDEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, et. al.,<br><br>Defendants. | Case No.  1:19-cv-01123-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 28) |

On February 10, 2021, the parties filed a joint stipulation dismissing the action with prejudice.  (Doc. 28.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 11, 2021**            /s/ *Sheila K. Oberto*            
UNITED STATES MAGISTRATE JUDGE